(79 South. 163)

## NELSON v. STATE. (7 Div. 559.)

(Court of Appeals of Alabama. June 11, 1918.)

Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge.

Andrew Nelson was indicted for assault to murder, was convicted of an assault, and from the judgment he appeals. Affirmed.

F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. The only exceptions are to the admission of testimony, all of which we have examined. We find no error in any of the rulings of the court as shown by the record. The judgment is affirmed.

Affirmed.